UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT PATRICK CASH,

    Petitioner,

v.                                                                         Case No. 3:18cv2216-LC-CJK

STATE OF FLORIDA,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This habeas case, filed under 28 U.S.C. § 2254, is before the court on referral from the clerk. On November 15, 2018, the court ordered petitioner to file, within 30 days, an amended habeas corpus petition on the § 2254 form accompanied by two service copies. (Doc. 4). Petitioner was provided a § 2254 form and warned that failure to timely comply with the order may result in dismissal of this case. Petitioner has not complied with the order. The show cause order mailed to him on January 8, 2019, was returned as undeliverable. (*See* Docs. 5, 6).

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with a court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 25th day of January, 2019.

*/s/* **Charles J. Kahn, Jr.**
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.