UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT PATRICK CASH,

    Petitioner,

v.                                           Case No. 3:18cv2216-LC-CJK

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated January 25, 2019. (Doc. 7). Petitioner was mailed a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation (doc. 7) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for petitioner's failure

to comply with a court order.

    3. The clerk is directed to close the file.

**ORDERED** on this 26th day of February, 2019.

          s/*L.A. Collier*
          **LACEY A. COLLIER**
          **SENIOR UNITED STATES DISTRICT JUDGE**